# United States District Court
## District of Maine

UNITED STATES OF AMERICA

v.

ANDREW HAZELTON,

        Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

No. 2:21-mj-00111-JHR

It is **ORDERED** that a combined preliminary examination and detention hearing in this matter is continued to Wednesday, May 5, 2021, at 1 p.m. before John H. Rich III, United States Magistrate Judge, 156 Federal Street, Portland, Maine. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: April 30, 2021.

                                              /s/ John H. Rich III
                                              John H. Rich III
                                              United States Magistrate Judge