# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 2:21-mj-00111-JHR** |
| | ) | |
| **ANDREW HAZELTON,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER OF DETENTION PENDING TRIAL

On May 5, 2021, this matter came before me for a detention hearing pursuant to the Bail Reform Act, 18 U.S.C. § 3141 *et seq*.  After hearing, and considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, I found that the government proved, by clear and convincing evidence, that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

In addition to the findings made on the record at the hearing, the danger to the community is based on the nature and circumstances of the offense charged, including the events of October 2, 2019, leading to the search warrant resulting in the defendant's arrest, the defendant's substance abuse history, and his mental health history.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

Dated this 10th day of May, 2021.          /s/ John H. Rich III
                                            United States Magistrate Judge